IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-292 |
| | ) | |
| FRED WOOLUM | ) | |
| | ) | |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

AUSA:               Craig Haller, Esquire
Defense Counsel:    Sally Frick, Esquire

1. Date of Arraignment:    11/4/2009
   Time of Arraignment:   3:45 P.M. - 3:56pm

2. Defendant is:           _X_ incarcerated
                           ___ on bond

3. Defendant entered a plea of not guilty.

4. Defendant has requested to be tried by:    _X_ jury
                                              ___ non-jury

5. The parties were advised that all pre-trial motions must be filed within ten (10) days and that the trial judge will set the date for trial.

6. Discovery is:   _X_ complete
                   ___ incomplete

7. Estimated trial time: Gov't's Case-in-Chief ___4 days___

   Additional time for the Defense Case-in-Chief ___2 days___


                                         /s/ Amy Reynolds Hay
                                         Chief United States Magistrate Judge


cc:    The Honorable Arthur J. Schwab
       United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 09-292
) (UNDER SEAL)
FRED WOOLUM )

### CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within ten (10) days of Arraignment unless the Court extends the time upon written application made within said ten (10) day period.

_____11-4-09_____          _____Sally A. Frick_____
Date                          Attorney for Defendant
                              Fred Woolum

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>FRED WOOLUM (a/k/a sebastian00805) ) | Criminal No. 09-292 |

### RECEIPT FOR LOCAL CRIMINAL RULE 16.1 MATERIAL

The following materials are provided to you pursuant to Local Criminal Rule 16.1 of the Local Rules of Court for the United States District Court of Western Pennsylvania. Please consider this the request of the United States for the disclosure of the materials and items that should be disclosed to the United States under Federal Rule of Criminal Procedure 16 and any other applicable reciprocal disclosure rule.

1. Relevant written or recorded statements or confessions of the defendant. Specify:

(A) ICE report on defendant's interview and search warrant

2. Grand Jury testimony of the defendant. Specify:

None.

3. Defendant's prior criminal record.

Yes.

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy (if authorized by law) all tangible objects, data, books, papers, documents, buildings, or places that are in the possession, custody, or control of the United States and (a) are material to preparation of the defendant's defense, (b) are intended for use by the United States as evidence in its case-in-chief at trial, or (c) were obtained from or belong to the defendant.

Please contact the assigned prosecutor to review the information or items referenced in the preceding paragraph.

5. Reports of relevant physical or mental examinations and scientific tests. Specify:

If desired, please contact the assigned prosecutor to schedule a

meeting with the digital forensic analyst who reviewed the evidence in this case and to review the digital evidence.

6. As set forth in applicable case authority, counsel for the United States recognizes his/her obligation to seek all evidence favorable to the defendant that is known to the others acting on behalf of the United States in this case, and will timely disclose known, material, favorable evidence in a manner that accords due process to the defendant. The following exculpatory material is being disclosed at this time:

7. Additional documents provided:

(A) Reports on Virginia search warrant & items seized
(B) Emails from gmail account
(C) Virginia search warrant
(D) May 2009 Multiply search warrant
(E) April 2009 Email search warrant
(F) October 2008 Multiply search warrant
(G) April and May 2008 Multiply search warrants
(H) Report on arrest of defendant

Respectfully submitted,

MARY BETH BUCHANAN
UNITED STATES ATTORNEY

_____
Assistant U.S. Attorney

11-4-09
_____
Date

Receipt acknowledged by:

_____
Counsel for Defendant

11-4-09
_____
Date

Original to Magistrate
Copy for Defendant and USA